1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RUEBEN DAVON McEWAN

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:08-cr-0249 WBS
                                    )
14               Plaintiff,         )
                                    ) STIPULATION AND [PROPOSED] ORDER
15       v.                         ) VACATING DATE, CONTINUING CASE
                                    ) AND EXCLUDING TIME
16 RUEBEN DAVON McEWAN,             )
                                    )
17               Defendant.         ) Date:  August 11, 2008
                                    ) Time:  8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for August 11, 2008, be vacated and the case

24 continued until September 15, 2008, at 8:30 a.m. for further status

25 conference. This continuance is needed in order to permit counsel to

26 complete defense preparation and consult with the defendant regarding a

27 proposed resolution of the case which was received from the government

28 earlier this week.  In addition defense counsel will be out of the

1  district and unavailable from August 14, 2008 through August 28, 2008.
2       IT IS FURTHER STIPULATED that time for trial under the Speedy
3  Trial Act be excluded from the filing of this stipulation until
4  September 15, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
5  Local Code T-4, defense preparation and continuity of counsel.
6     **IT IS SO STIPULATED.**

Dated: August 8, 2008          /S/ Philip Ferrari
                               PHILIP FERRARI
                               Assistant U.S. Attorney
                               Counsel for Plaintiff

Dated: August 8, 2008          /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: August 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE