1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6

    Attorney for Defendant
7   RUEBEN DAVON McEWAN

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-cr-0249 WBS
                                     )
14                    Plaintiff,     )
                                     )  STIPULATION AND [~~PROPOSED~~] ORDER
15       v.                          )  VACATING DATE, CONTINUING CASE
                                     )  AND EXCLUDING TIME
16  RUEBEN DAVON McEWAN,             )
                                     )
17                    Defendant.     )  Date:  September 15, 2008
                                     )  Time:  8:30 a.m.
18  _____)  Judge: Hon. William B. Shubb

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23  conference scheduled for September 15, 2008, be vacated and the case

24  continued until October 20, 2008, at 8:30 a.m. for further status

25  conference. This continuance is needed in order to permit counsel to

26  complete defense preparation and consult with the defendant regarding a

27  proposed resolution of the case which was received from the government

28  earlier this week.

1    IT IS FURTHER STIPULATED that time for trial under the Speedy

2  Trial Act be excluded from the filing of this stipulation until October

3  20, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code

4  T-4, defense preparation and continuity of counsel.

5       **IT IS SO STIPULATED.**

6

7  Dated: September 11, 2008           /S/ Philip Ferrari
                                       PHILIP FERRARI
8                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
9

10 Dated: September 11, 2008           /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
11                                     Assistant Federal Defender
                                       Attorney for Defendant
12                                     RUEBEN DAVON McEWAN

13

14
                              **O R D E R**
15
        **IT IS SO ORDERED.**
16
                   By the Court,
17

18
   Dated:   September 12, 2008
19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28