```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RUEBEN DAVON McEWAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0249 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE |
| | ) AND EXCLUDING TIME |
| RUEBEN DAVON McEWAN, | ) |
| Defendant. | ) Date:  October 20, 2008 |
| | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 20, 2008, be vacated and the case continued until November 3, 2008, at 8:30 a.m. for further status conference. This continuance is sought due to the unavailability of defense counsel between October 15, 2008 and October 22, 2008.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until

1  November 3, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
2  Local Code T-4, defense preparation and continuity of counsel.
3      **IT IS SO STIPULATED.**
4
5  Dated: October 17, 2008      /S/ Philip Ferrari
                                        PHILIP FERRARI
6                                            Assistant U.S. Attorney
                                          Counsel for Plaintiff
7
8  Dated: October 17, 2008      /S/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
9                                            Assistant Federal Defender
                                          Attorney for Defendant
10                                           RUEBEN DAVON McEWAN
11
12
                              **O R D E R**
13
    **IT IS SO ORDERED.**
14
              By the Court,
15
16
17 Dated: October 20, 2008
18                        WILLIAM B. SHUBB
19                        UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28