```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RUEBEN DAVON McEWAN

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:08-cr-0249 WBS
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND [PROPOSED] ORDER
15       v.                        ) VACATING DATE, CONTINUING CASE
                                   ) AND EXCLUDING TIME
16  RUEBEN DAVON McEWAN,           )
                                   )
17              Defendant.         ) Date:  November 10, 2008
                                   ) Time:  8:30 a.m.
18  _____) Judge: Hon. William B. Shubb

19
```

20    **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status
23 conference scheduled for November 10, 2008, be vacated and the case
24 continued until December 15, 2008, at 8:30 a.m. for further status
25 conference. This continuance is sought to permit counsel to obtain
26 records pertaining to certain prior cases which have become a focus of
27 discussion between counsel concerning terms of a possible plea
28 agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until December 15, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: November 7, 2008          /S/ Philip Ferrari
                                 PHILIP FERRARI
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff

Dated: November 7, 2008          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  November 10, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE