```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RUEBEN DAVON McEWAN

 8
```

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) No. 2:08-cr-0249 WBS |
| 14 | Plaintiff, | ) |
| 15 | v. | ) STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| 16 | RUEBEN DAVON McEWAN, | ) |
| 17 | Defendant. | ) Date: February 9, 2009 ) Time: 8:30 a.m. |
| 18 | _____ | ) Judge: Hon. William B. Shubb |

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal

22  Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23  conference scheduled for February 9, 2009, be vacated and the case

24  continued until March 2, 2009, at 8:30 a.m. for further status

25  conference. This continuance is sought to permit counsel to further

26  consult with Mr. McEwan about alternative courses of action.

27     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28  Trial Act be excluded from the filing of this stipulation until march

2, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: FEBRUARY 6, 2009      /S/ Philip Ferrari
                             PHILIP FERRARI
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: February 6, 2009      /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  February 9, 2009

_____
WILLIAM B. SHUBB
dUNITED STATES DISTRICT JUDGE