```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RUEBEN DAVON McEWAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-0249 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| RUEBEN DAVON McEWAN, | |
| Defendant. | Date: March 2, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 2, 2009, be vacated and the case continued until March 16, 2009, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel to further consult with Mr. McEwan about a proposed resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until March

16, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: February 27, 2009        /S/ Philip Ferrari
                                PHILIP FERRARI
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: February 27, 2009        /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE