```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RUEBEN DAVON McEWAN

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:08-cr-0249 WBS
                                )
14              Plaintiff,      )
                                ) STIPULATION AND [PROPOSED] ORDER
15     v.                       ) VACATING DATE, CONTINUING CASE
                                ) AND EXCLUDING TIME
16 RUEBEN DAVON McEWAN,         )
                                )
17              Defendant.      ) Date:  March 16, 2009
                                ) Time:  8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 16, 2009, be vacated and the case continued until April 13, 2009, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel gather additional information and to further consult with Mr. McEwan about a proposed resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until April 13, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: March 13, 2009              /S/ Philip Ferrari
                                   PHILIP FERRARI
                                   Assistant U.S. Attorney
                                   Counsel for Plaintiff

Dated: March 13, 2009              /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE