```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RUEBEN DAVON McEWAN

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:08-cr-0249 WBS
                                   )
14                  Plaintiff,     )
                                   )  STIPULATION AND ORDER VACATING
15       v.                        )  DATE, CONTINUING CASE AND
                                   )  EXCLUDING TIME
16  RUEBEN DAVON McEWAN,           )
                                   )
17                  Defendant.     )  Date:  April 13, 2009
                                   )  Time:  8:30 a.m.
18  _____)  Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 13, 2009, be vacated and the case continued until April 27, 2009, at 8:30 a.m. for further status conference. This continuance is sought to permit counsel to consult with Mr. McEwan about a possible motion with respect to the admissibility of certain evidence as well as possible resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until April 27, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: April 9, 2009 /S/ Philip Ferrari
PHILIP FERRARI
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: April 9, 2009 /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE