| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | |
| 7 | Attorney for Defendant<br>RUEBEN DAVON McEWAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0249 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE, |
| | ) SETTING BRIEFING SCHEDULE AND |
| RUEBEN DAVON McEWAN, | ) EXCLUDING TIME |
| | ) |
| Defendant. | ) Date: April 27, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for April 27, 2009, be vacated, that the case be continued, and that a briefing schedule for pretrial motions be established as follows:

| | |
|---|---|
| Defendant's Motion(s) to be filed not later than | **May 4, 2009** |
| Government's Opposition to be filed not later than | **May 18, 2009** |
| Defendant's Optional Reply to be filed not later than | **May 27, 2009** |

Motion Argument and Evidentiary Hearing Setting (if any) **June 8, 2009 at 8:30 a.m.**

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until June 8, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, (defense preparation) and 18 U.S.C. § 3161(h)(1)(E) (Pretrial Motions) commencing upon the filing of defendant's motion(s).

**IT IS SO STIPULATED.**

Dated: April 24, 2009  /S/ Philip Ferrari
PHILIP FERRARI
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: April 24, 2009  /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE