1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
RUEBEN DAVON McEWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00249 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING |
|  | ) DATE, CONTINUING CASE, MODIFYING |
|  | ) BRIEFING SCHEDULE AND EXCLUDING |
| RUEBEN DAVON McEWAN, | ) TIME |
| Defendant. | ) Date: June 8, 2009 |
|  | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the motion hearing and status conference scheduled for June 8, 2009, be vacated, that the case be continued, and that the briefing schedule for pretrial motions be modified as follows, Defendant's motion to dismiss having been filed on June 4, 2009, CR 32:

Government's Opposition to be filed not later than **June 22, 2009**

Defendant's Optional Reply to be filed not later than **June 29, 2009**

Motion Argument and Evidentiary Hearing Setting (if any) **July 6, 2009**

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until July 6, 2009, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code T-4, (defense preparation) and 18 U.S.C. § 3161(h)(1)(D) (Pretrial Motions) commencing upon June 4, 2009, the date of filing of defendant's motion.

**IT IS SO STIPULATED.**

Dated: June 4, 2009   /S/ Philip Ferrari
PHILIP FERRARI
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: June 4, 2009   /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  June 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE