```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  RUEBEN DAVON McEWEN

 8

 9               IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:08-cr-0249 WBS
                                 )
14           Plaintiff,          )
                                 )  STIPULATION AND [PROPOSED] ORDER
15      v.                       )  MODIFYING CONDITIONS OF PRETRIAL
                                 )  RELEASE
16  RUEBEN DAVON McEWAN,         )
                                 )  Judge: Hon. William B. Shubb
17           Defendant.          )         (In Chambers)
                                 )
18  _____ )
```

19    **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Philip Ferrari, Counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey L. Staniels, Counsel for Defendant, that

22    WHEREAS both counsel have been advised by Pretrial Services

23 Officer Becky Fidelman that Mr. McEwan has tested positive for use of

24 marijuana and for use of cocaine; and

25    WHEREAS Mr. McEwan remains gainfully employed; and

26    WHEREAS both counsel have conferred with Ms. Fidelman who has

27 recommended under the circumstances that the following modification to

28 the conditions of Mr. McEwan's release be entered as a response to his

positive tests;

THEREFORE, both counsel agree to and recommend that the court order that Mr. McEwan's conditions of pretrial release be modified to add the following condition:

"10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."

**IT IS SO STIPULATED.**

Dated: August 19, 2009            /S/ Philip Ferrari
                                  PHILIP FERRARI
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated: August 19, 2009            /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RUEBEN DAVON McEWAN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  August 20, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE