DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RUEBEN DAVON McEWEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0249 WBS |
| Plaintiff, ) | |
| ) v. ) | ORDER RECOMMENDING PLACE OF CONFINEMENT |
| ) RUEBEN DAVON McEWEN, ) | |
| Defendant. ) _____ ) | |

    The court recommends to the Bureau of Prisons that an institution close to Sacramento, California, be designated as the institution at which Mr. McEwen is to serve the sentence imposed in the above captioned case, insofar as such a designation is consistent with the Bureau's standards for security classification and space availability.

    **IT IS SO ORDERED.**

DATED: December 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE